```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0105--CV (JKS)
                        "CHILKATS' PORTAGE COVE DEVLOP CO V CHANNEL"

                   Including terminated parties, excluding terminated counsel


     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
       Referral Rule:
               Filed: 05/17/05
              Closed: NO

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (120) Marine
                      SALVAGE
              Origin: (1) Original Proceeding
              Demand: 200
          Filing fee: Paid $250.00 on 05/17/05 receipt # 00125723
            Trial by: Court


Parties of Record:                                Counsel of Record:

PLF 1.1            CHILKATS' PORTAGE COVE DEVELOPMENT   Cabot C. Christianson
                   CO                                   Christianson & Spraker
                                                        911 W. 8th Avenue, Suite 302
                                                        Anchorage, AK 99501
                                                        907-258-6016

DEF 1.1            CHANNEL CONSTRUCTION INC             Thomas G. Waller
                                                        Bauer Moynihan et al
                                                        2101 4th Avenue, 24th Floor
                                                        Seattle, WA 98121
                                                        206-443-3400
                                                        FAX 206-448-9076

DEF 2.1            WJ CARBON, BARGE                     Thomas G. Waller
                                                        (see above)

DEF 3.1            CAMPBELL LEASING LLC                 Thomas G. Waller
                                                        (see above)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0105--CV (JKS)
                      "CHILKATS' PORTAGE COVE DEVLOP CO V CHANNEL"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 05/17/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (120) Marine
                   SALVAGE
           Origin: (1) Original Proceeding
           Demand: 200
       Filing fee: Paid $250.00 on 05/17/05 receipt # 00125723
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/17/05 | Complaint w/att exhs filed; Summons issued. |
| 2 - 1 | 06/02/05 | PLF 1 Return of Service Executed re: DEF 3 on 5/25/05. |
| 3 - 1 | 06/06/05 | DEF 1; 3 Attorney Appearance of T. Waller. |
| 4 - 1 | 06/06/05 | PLF 1 Return of Service Executed re: DEF 3 on 5/25/05. |
| 5 - 1 | 06/06/05 | PLF 1 Return of Service Executed re: DEF 1 on 5/19/05. |
| 6 - 1 | 06/06/05 | PLF 1 Return of Service Executed re: DEF 1 on 05/18/05 (different address). |
| 7 - 1 | 06/17/05 | DEF 3 Answer to Complaint. |
| 8 - 1 | 06/17/05 | DEF 1 Answer to Complaint. |
| 9 - 1 | 08/10/05 | JKS Minute Order re plf to file proof of service re DEF 2. cc: cnsl |
| 10 - 1 | 08/23/05 | JKS Minute Order (warning) re plf to file proof of service re DEF 2 due 120 days from flg of cmplt or def may be dsmssd. cc: cnsl |
| 11 - 1 | 09/13/05 | PLF 1; DEF 1-2 Stipulation re: substitute security for barge WJ CARBON & appearance of claimaint Channel Construction, Inc. |
| 12 - 1 | 09/19/05 | JKS Minute Order re parties to remedy any defects as directed ASAP re Insurer re stip re: substitute security for Barge W J CARBON (11-1). cc: cnsl |
| 13 - 1 | 09/19/05 | DEF 1 Answer to Complaint. |
| 14 - 1 | 09/19/05 | DEF 1 Claim to vessel. |
| 15 - 1 | 09/21/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 16 - 1 | 10/19/05 | PLF 1; DEF 1-3  Scheduling & Planning Conference Report. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0105--CV (JKS)
                        "CHILKATS' PORTAGE COVE DEVLOP CO V CHANNEL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 10/25/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/15/06; Dispositive motions deadline 08/15/06; Estimate of trial 3 days; TBC. cc: cnsl |
| 18 - 1 | 11/09/05 | PLF 1; DEF 1-3 Amended Stipulation re: substitute security for Barge WJ Carbon. |
| 18 - 2 | 11/16/05 | JWS Order approving Amended Stip re: substitute security for Barge WJ Carbon (18-1); terminating in light of this ord: Stipulation re: substitute security for barge WJ CARBON & appearance (11-1). cc: cnsl |