Cabot Christianson, Esq. ABA # 7811089
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Chilkats' Portage Cove Development Company, d/b/a Chilkat Cruises & Tours,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Channel Construction, Inc., the barge WJ Carbon, her engines, tackle, and appurtenances; and Campbell Leasing, LLC,<br><br>　　　　　　　　Defendants. | **Case No. 05-0105 CV (JKS)** |

## NOTICE OF TENTATIVE SETTLEMENT

　　　　　In response to Docket #20 asking for a status report, Plaintiff advises that the parties have reached a tentative settlement in this case. Plaintiff has signed a release and given it to defendant; defendant has ordered the settlement check to be cut. Plaintiff expects that the parties will file a stipulation for dismissal within the next 30 days; if not, Plaintiff will file a supplemental report advising the court of the status of the case.

Page 1　　　　Notice of Tentative Settlement
　　　　　　　H:\2501\WJ Carbon - salvage\Notice of Tentative settlement.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201　ANCHORAGE, ALASKA 99501
(907) 258-6016　Fax (907) 258-2026

DATED this 22nd day of May 2006.

        CHRISTIANSON & SPRAKER
        Attorneys for Plaintiff

By: /s/ Cabot Christianson
    Cabot Christianson, Esq.
    ABA # 7811089
    CHRISTIANSON & SPRAKER
    911 W. 8th Avenue, Suite 201
    Anchorage, Alaska 99501
    (907) 258-6016

The undersigned hereby certifies that on May 22, 2006, a true and correct copy of this application was served on:

Thomas G. Johnson, Esq.
Thomas G. Waller, Esq.
BAUER MOYNIHAN & JOHNSON
2101 4th Avenue - 24th Floor
Seattle, WA 98121

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Margaret Stroble
    Margaret Stroble

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201    ANCHORAGE, ALASKA 99501
(907) 258-6016    Fax (907) 258-2026

Page 2    Notice of Tentative Settlement
        H:\2501\WJ Carbon - salvage\Notice of Tentative settlement.wpd