Thomas G. Johnson, AKB No. 8011090
Thomas G. Walller, AKB No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, d/b/a CHILKAT CRUISES & TOURS,<br><br>Plaintiff,<br><br>v.<br><br>CHANNEL CONSTRUCTION, INC., the barge W J CARBON, her engines, tackle, and appurtenances; and CAMPBELL LEASING, LLC,<br><br>Defendants. | CASE NO. A05-0105 CV (JKS) |

## CASE STATUS REPORT

The parties have previously notified the Court (Docket 21) of the settlement of the pending litigation. The parties will file a stipulation and order of dismissal by June 28, 2006.

DATED this 21 day of June, 2006.

BAUER MOYNIHAN & JOHNSON LLP

_____
Thomas G. Waller, AKB No. 0109052
Attorneys for Defendants

CHRISTIANSON & SPRAKER

_____ per HC 6/21/06
Cabot Christinason, AKB No. 7811089
Attorneys for Plaintiff

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

CASE STATUS REPORT
[Case No. 05-0105CV(JKS)]
- 1 -

1  I declare under penalty of perjury of the laws of the state of Washington
that on ___6/21___, 2006, I electronically filed the foregoing document
2  with the clerk of the Court using the CM/ECF system which will send
notification of such filing to the following:

3  
Cabot Christianson
4  Christianson & Spraker
911 W. 8th Avenue, Suite 302
5  Anchorage, Alaska 99501
T: 907-258-6016
6  F: 907-258-2026
e-Mail: cabot@cslawyers.net

7  BAUER MOYNIHAN & JOHNSON LLP

8  _[signature]_

9  Suya Edwards

10

11

12

13

14

15

16

17

18

19

20

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

21

22

23

24

25

26

CASE STATUS REPORT
[Case No. 05-0105CV(JKS)