Thomas G. Walller, AKB No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, d/b/a CHILKAT CRUISES & TOURS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHANNEL CONSTRUCTION, INC., the barge W J CARBON, her engines, tackle, and appurtenances; and CAMPBELL LEASING, LLC,<br><br>　　　　Defendants. | CASE NO. A05-0105 CV (JKS) |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff Chilkats' Portage Cove Development Company, d/b/a Chilkat Cruises & Tours and defendants Channel Construction, Inc., the barge W J CARBON and Campbell Leasing, LLC, by and through their attorneys of record, hereby stipulate and agree that all claims in this matter have been settled and fully resolved, and that this matter shall be dismissed with prejudice, and without costs to any party.

Dated this 28th day of June, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller

_____
Thomas G. Waller, AKB No. 0109052
Attorneys for Defendant
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Tel: 206-443-3400
Fax: 206-448-9076
E-Mail: tgwaller@bmjlaw.com

ATTORNEYS AT LAW

BAUER MOYNIHAN & JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

STIPULATION AND ORDER OF DISMISSAL
[Case No. 05-0105CV(JKS)
- 1 -

CHRISTIANSON & SPRAKER

/s / Cabot Christianson

_____
Cabot Christianson, AKSB# 7811089
Attorneys for Plaintiff
911 W. 8th Avenue, Suite 302
Anchorage, Alaska  99501
Tel: 907-258-6016
Fax: 907-258-2026
E-Mail:  cabot@cslawyers.net

## **ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this case shall be, and hereby is, dismissed with prejudice and without costs to any party.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

STIPULATION AND ORDER OF DISMISSAL
[Case No. 05-0105CV(JKS)

- 2 -

I

The undersigned hereby certifies that on June 28, 2006June 28, 2006, a true and correct copy of this application was served on:

Thomas G. Johnson, Esq.
Thomas G. Waller, Esq.
BAUER MOYNIHAN & JOHNSON
2101 4th Avenue - 24th Floor
Seattle, WA 98121

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:  /s/ Margaret Stroble
         Margaret Stroble

Christianson & Spraker
911 W. 8th Avenue, #201
Anchorage, AK  99501

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

STIPULATION AND ORDER OF DISMISSAL
[Case No. 05-0105CV(JKS)

- 3 -